UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


ALEJANDRO ESPINOZA,                                    CASE NO.: 1:22-cv-24212-RNS

Plaintiff,

vs

BA&SH AMERICA CORP.

A foreign for-profit corporation

Defendant,

_____/

### NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement. Parties have reached a settlement in this matter and will be uploading a Notice of Voluntary Dismissal or Joint Stipulation of Dismissal in the coming days.

Respectfully Submitted:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800

Facsimile:  305-824-3868
Email:  radamslaw@bellsouth.net
By:_____ /s/_____
RICHARD JOHN ADAMS, ESQ., of Counsel
FL BAR NO.: 770434