UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA                                CASE NO.  1:22-cv-24212-RNS

   Plaintiff,

vs.

BA&SH AMERICA CORP.
   Defendant,

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff, Alejandro Espinoza, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###